IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| Herbert D. Butterfield, Sr. | : | |
| a/k/a Herb Butterfield | : | |
| a/k/a Herb Dunning Butterfield, Sr. | : | |
| a/k/a Herbert Dunning Butterfield, Sr. | : | |
|     Debtor | : | CASE NO. 1-15-bk-02012-MDF |
| | : | |
| Herbert D. Butterfield, Sr. | : | |
| a/k/a Herb Butterfield | : | |
| a/k/a Herb Dunning Butterfield, Sr. | : | |
| a/k/a Herbert Dunning Butterfield, Sr. | : | |
|     Plaintiff | : | |
| vs. | : | ADVERSARY NO. 1-15-ap-00079-MDF |
| | : | |
| Midland Funding, LLC | : | Judicial Judgment Lien Avoidance |
|     Defendant | : | |

# CERTIFICATE OF SERVICE

    I certify that I am more than 18 years of age and that on May 29, 2015, I served a copy of the **Complaint for Judicial Judgment Lien Avoidance with Summons** filed in this case filed in this case on the following creditors in the manner prescribed by Bankruptcy Rule 7004(b):

| Name and Address | Mode of Service |
|---|---|
| Midland Funding, LLC<br>8875 Aero Drive, Ste 200<br>San Diego CA 92129 | United States First Class Mail, first class postage prepaid, by mailing at Spring Run, Pennsylvania 17262-0051. |
| Midland Funding, LLC<br>3111 Camino Del Rio N. Ste 1300,<br>San Diego CA 92108 | United States First Class Mail, first class postage prepaid, by mailing at Spring Run, Pennsylvania 17262-0051. |
| Daniel J. Santucci, Esquire<br>1 International Plaza 5th Floor<br>Philadelphia PA 19113 | United States First Class Mail, first class postage prepaid, by mailing at Spring Run, Pennsylvania 17262-0051. |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 29, 2015

/s/ Richard L. Bushman
Richard L. Bushman, Esquire
16767 Path Valley Road
PO Box 51
Spring Run, PA 17262-0051